

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2017

No. 04-17-00434-CV

Roger **WIATREK,**
Appellant

v.

Laura **WIATREK,**
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 14-12-0756-CVW
The Honorable Russell Wilson, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is granted. The appellant's brief is due on November 22, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed the seal of the said court on this 25th day of October, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court